JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

In the Matter of Troy Lowe and Lola

Lowe                                             2:20-cv-02073-VAP-RAOx

**JUDGMENT**

Pursuant to the Order Granting Defendant's Motion for Default Judgment, JUDGMENT BY DEFAULT IS HEREBY ENTERED in favor of Plaintiffs-in-Limitation Troy Lowe and Lola Lowe, as owners of a 1990 Silverton Marine 34, HIN # STNC02251990, California Registration # CF 4305 TS, her engine, tackle, apparel, appurtenances, etc., as against all potential claimants, known or unknown, other than any minor, on all claims arising out of the November 3, 2019, vessel engine smoke and fire incident that occurred as the vessel was returning to Wilmington, California, from an overnight recreational fishing trip to Santa Barbara Island off the coast of Southern California.

THIS COURT DECREES that Plaintiffs-in-Limitation Troy Lowe and Lola Lowe, as owners of a 1990 Silverton Marine 34, HIN # STNC02251990, California Registration # CF 4305 TS, her engine, tackle, apparel, appurtenances, etc., are

United States District Court
Central District of California

1

completely exonerated from all liability for all claims arising out of the November 3, 2019, smoke and fire incident as to all defaulted persons and entities.

**IT IS SO ORDERED.**

Dated:    7/29/20

Virginia A. Phillips
United States District Judge